UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ZILMA H. COLÓN, and on behalf of the STATES OF CALIFORNIA, et al., <br><br> Plaintiff-Relator, <br><br> v. <br><br> ZOLL MEDICAL CORPORATION and ASAHI KASEI CORPORATION, <br><br> Defendants. | Civil Action No. <br> 2:22-CV-04479-GJP <br> (Judge Pappert) |

**ORDER**

Upon consideration of the motion filed by Defendant ZOLL Medical Corporation to dismiss Relator Zilma Colón's Amended Complaint and the papers submitted by the parties in support of and in opposition to the motion, it is hereby ORDERED that Defendant's motion is GRANTED. The Amended Complaint (ECF No. 11)—including all claims and counts set forth therein—is hereby DISMISSED with prejudice.

It is so ordered.

Dated: _____

_____
Hon. Gerald J. Pappert
District Court Judge
Eastern District of Pennsylvania